1
2
3
4
5
6                          UNITED STATES DISTRICT COURT
7                         NORTHERN DISTRICT OF CALIFORNIA
8
9
10
11
12   GENERAL ELECTRIC CAPITAL
     CORPORATION,
13               Plaintiff,                    No. C 08-5213 PJH
14        v.                                   **ORDER SETTING HEARING ON**
                                               **APPLICATION FOR TEMPORARY**
15   FRONTIER CONTRACTING, INC.,               **RESTRAINING ORDER AND WRIT**
     et al.,                                   **OF ATTACHMENT**
16
                 Defendants.
17   _____/

18        Plaintiff filed the above-entitled action on November 18, 2008, and also filed an

19   application for a temporary restraining order (TRO) and writ of attachment.  On December

20   1, 2008, plaintiff filed a return of service of the summons and complaint, and the other

21   papers previously filed in this action.

22        The court will hear plaintiff's application for the TRO and writ of attachment on

23   Wednesday, December 10, 2008, at 9:00 a.m., in Courtroom 3, 17th Floor of the Federal

24   Building, 450 Golden Gate, San Francisco, California.

25        Any written opposition shall be filed and served no later than noon on Friday,

26   December 5, 2008.  Also no later than noon on December 5, 2008, a courtesy copy of the

27   opposition shall be delivered to the Clerk's Office, 16th Floor of the Federal Building, in an

28   envelope addressed to the undersigned judge.

**United States District Court**
For the Northern District of California

1   Finally, please take note that as a result of the reassignment of this action to the

2   undersigned, the initials following the case number, in the caption of any paper filed with

3   the court, are "PJH," not "EDL."

4   Plaintiffs shall serve a copy of this order on defendants by the close of business on

5   December 2, 2008.

6

7   **IT IS SO ORDERED.**

8   Dated:  December 2, 2008

9   _____
    PHYLLIS J. HAMILTON

10   United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2