REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1  Mike C. Buckley (SBN 44919)
   Email: mbuckley@reedsmith.com
2  Joonsik Maing (SBN 240927)
   Email: joonsikmaing@reedsmith.com
3  REED SMITH LLP
   1999 Harrison Street, Suite 2400
4  Oakland, CA  94612-3572

5  **Mailing Address:**
   P.O. Box 2084
6  Oakland, CA  94604-2084

7  Telephone:    +1 510 763 2000
   Facsimile:    +1 510 273 8832
8

9  Attorneys for Plaintiff
   GENERAL ELECTRIC CAPITAL
10 CORPORATION, a Delaware corporation

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13 GENERAL ELECTRIC CAPITAL                    Case No. C 08-5213 PJH
   CORPORATION, a Delaware corporation,
14                                             **STIPULATED AND AGREED
                      Plaintiff,               INJUNCTION AND ORDER FOR WRIT
15                                             OF ATTACHMENT**
        v.
16
   FRONTIER CONTRACTING, INC., a California
17 corporation, and ARTHUR VOLLERT, a citizen
   and resident of California,
18
                      Defendants.
19

20         This matter comes before the Court on the Motion of Plaintiff, General Electric Capital

21 Corporation ("GE Capital"), for Writ of Attachment, Temporary Restraining Order, and Preliminary

22 Injunction (the "Motion").  Due and proper notice having been given to Defendants, Frontier

23 Consulting, Inc., ("Frontier") and Arthur Vollert ("Vollert"); the Court having considered the

24 Complaint, the Declaration of Rena M. Harris (the "Harris Declaration"), the Motion, Plaintiff's

25 Memorandum of Law in support of the Motion and the exhibits attached thereto; Plaintiff's Reply in

26 Support of the Motion; and Defendants' Opposition to the Motion and the Declaration of Arthur

27 Vollert ("Vollert Declaration"); the parties being in agreement; the Court being otherwise duly

28

C 08-5213 PJH                              – 1 –                    US_ACTIVE-101026380.1-515998-00097
       STIPULATED AND AGREED INJUNCTION AND ORDER FOR WRIT OF ATTACHMENT

advised in the premises;

IT IS HEREBY PROVISIONALLY FOUND THAT:

1.      Frontier is in payment default under: (1) the Loan and Security Agreement dated September 27, 2004, between GE Capital, and assignee and successor-in-interest to Citicapital Commercial Corporation ("Citicapital"), as lender, and Frontier, as debtor; and (2) the Loan and Security Agreement dated December 22, 2004, between GE Capital, as assignee and successor-in-interest to Citicapital, as lender, and Frontier, as debtor (collectively, the "Loan and Security Agreements").

2.      GE Capital is the assignee of and successor-in-interest to Citicapital with respect to the Loan and Security Agreements.

3.      GE Capital possesses, as security for the loans referenced in the Loan and Security Agreements, security interests in the road equipment referenced therein, specifically:   one (1) Peterbilt Model 379 Truck, V.I.N. INP5LB9XX5D842238 ("Peterbilt"); and one (1) Reliance 15-foot Elliptical Transfer Dump Body, V.I.N. 5REFA52865S054055 ("Reliance") (collectively the Peterbilt and Reliance are known as, the "Collateral").

4.      The Loan and Security Agreements entitle GE Capital to repossess and remove the Collateral in the event of payment default by Frontier.

5.      To date, GE Capital has not reclaimed, and Frontier has not returned, the Collateral.

6.      The inability of Frontier to satisfy its arrearages to GE Capital indicates that Frontier likely would be unable to pay any substantial money judgment entered against it.

7.      Frontier has or should have dispatch, routing, and tracking systems which enable it to identify the location and operational status of the Collateral on a real time basis, and which enable it to communicate with its field managers, dispatchers, and/or individual drivers to relay operational information and instructions.

8.      GE Capital will suffer irreparable injury for which no adequate remedy at law exists unless Frontier and other persons and firms having knowledge of this injunction are: (a) enjoined from continuing to use the Collateral; (b) prevented from utilizing the Collateral after completion of

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

deliveries currently in progress; (c) ordered to advise GE Capital of the location of the Collateral; and (d) ordered to surrender the Collateral to GE Capital.

Based on these provisional findings, the Complaint and exhibits attached thereto, the Harris Declaration, the arguments made and authorities cited in the Motion and the Memorandum in support thereof, the Reply in support of the Motion; and the Opposition to the Motion and the Vollert Declaration, IT IS HEREBY ORDERED THAT:

1.      Frontier and any of its responsible managing agents, officers, directors, or employees (acting within the scope of his or her office or employment) and any other person or firm having actual notice of this Stipulated and Agreed Injunction and Order for Writ of Attachment ("Stipulated Order"), including but not limited to the domestic agents of Frontier, together with their officers, directors, or employees (acting within the scope of his or her office or employment), are hereby enjoined and restrained, until expiration of this Stipulated Order for Writ of Attachment by its terms and any extension hereof, from using the Collateral after completion of the deliveries in the ordinary course of business that are currently en route as of the date of the entry of this Stipulated Order;

2.      Frontier and any of its responsible managing agents, officers, directors, or employees (acting within the scope of his or her office or employment) and any other person or firm having actual notice of this Stipulated Order, including but not limited to the domestic agents of Frontier, together with their officers, directors, or employees (acting within the scope of his or her office or employment), are hereby ordered to immediately disclose the precise location of the Collateral to GE Capital or to agents designated by GE Capital in order for GE Capital to reclaim same;

3.      Frontier and any of its responsible managing agents, officers, directors, or employees (acting within the scope of his or her office or employment) and any other person or firm having actual notice of this Stipulated Order, including but not limited to the domestic agents of Frontier, together with their officers, directors, or employees (acting within the scope of his or her office or employment), are hereby ordered to immediately surrender the Collateral in their possession to GE Capital, and forthwith take all actions necessary to allow GE Capital to obtain access to and possession of the Collateral, including terminating sub-leases, if any, and obtaining the Collateral from third party sub-lessors;

4.      Frontier shall immediately notify all of its responsible managing agents, officers, directors, and employees of the entry of this Stipulated Order;

5.      This Stipulated Order is effective without the necessity of the posting of a bond.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

JAN-14-2009(WED) 12:29    1173                                           P. 003/003
JAN-14-2009(WED) 11:36    1173                                           P. 012/012



1  Agreed and Stipulated to:

2  GENERAL ELECTRIC CAPITAL CORPORATION

3  By: _____

4                Its Attorneys

5  Frontier Contracting, Inc.

6  By: _____

7  Its   Pres.

8  Arthur Vollert

9  _____

10  Dated: January 22, 2009

11

12

13

14  ORDER PREPARED BY:

15  Joonsik Maing, Esq.

16  REED SMITH LLP
   1999 Harrison Street

17  Suite 2400
   Oakland, CA 94612-3572

18  Tel: 312.207.1000

19  Fax: 312.207.6400

20  Wendy Haskell, Esq.
   Adams & Associates

21  Post Office Box 1902
   Santa Rosa, CA 95402-1902

22  Telephone: 707 575 8888

23  Facsimile: 707 577 8010

24

25

26

27

28

SO ORDERED.

IT IS SO ORDERED

Judge Phyllis J. Hamilton

C 08-5213 PJH                      -4-

STIPULATED AND AGREED INJUNCTION AND ORDER FOR WRIT OF ATTACHMENT

Rx Date/Time  01/14/2009 11:02   707-939-4873   JAN-14-2009(WED) 11:55   FRONTIER CONTRACTING   707 939 4873   P.012   PAGE 12/12