Mike C. Buckley (SBN 44919)
Email: mbuckley@reedsmith.com
Joonsik Maing (SBN 240927)
Email: jmaing@reedsmith.com
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA  94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA  94604-2084

Telephone:     +1 510 763 2000
Facsimile:      +1 510 273 8832

Attorneys for Plaintiff
GENERAL ELECTRIC CAPITAL
CORPORATION, a Delaware corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION, a Delaware corporation, | Case No. C 08-5213 PJH |
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| v. | |
| FRONTIER CONTRACTING, INC., a California corporation, and ARTHUR VOLLERT, a citizen and resident of California, | |
| Defendants. | |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1   Plaintiff, General Electric Capital Corporation ("Plaintiff"), and Defendants, Frontier
2   Contracting, Inc. and Arthur Vollert ("Defendants"), have settled this case.  It is hereby stipulated by
3   and between the parties, by and through their respective attorneys, that pursuant to Rule 41(a)(1)(ii)
4   of the Federal Rules of Civil Procedure, the Complaint of Plaintiff shall be dismissed, with
5   prejudice.

6   DATED: February 20, 2009          ADAMS & ASSOCIATES

7
8   By _____
9   Wendy Haskell, Esq.
    Attorneys for Defendants
    Frontier Contracting, Inc. and Arthur Vollert
10

11   DATED: February __, 2009          REED SMITH LLP

12
13   By _____
    Joonsik Maing, Esq.
14   Attorneys for Plaintiff
    General Electric Capital Corporation
15

16

17

18   IT IS SO ORDERED                  3/3/09

19
20   Judge Phyllis J. Hamilton

21

22

23

24

25

26

27

28

C 08-5213 PJH                    — 2 —                    US_ACTIVE-101239053.1-515998-00097

REED SMITH LLP
A limited liability partnership formed in the State of Delaware